UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11243-RGS

ARTHUR MILES

v.

WARDEN BOWERS

ORDER

July 23, 2024

STEARNS, D.J.

Petitioner Arthur Miles, an inmate in custody at FMC Devens and proceeding *pro se*, filed a Memorandum in Support of his Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ("Petition"). Miles asks this court to reduce his sentence through the application of credits under the First Step Act. *Id.*

In a Procedural Order dated May 9, 2024, the court advised Miles that this action may be dismissed in 21 days unless he pays the $5.00 filing fee or files a motion for leave to proceed *in forma pauperis* with a copy of his prison account statement. ("Procedural Order"). Miles failed to respond to the court's Procedural Order and on June 17, 2024, this action was dismissed without prejudice. ("Electronic Order").

The court's records indicate that payment of the $5.00 filing fee for this action was received on July 17, 2024. Because the filing fee has been paid,

albeit late, the court will direct the clerk to vacate the dismissal, reopen this action and serve the petition on the Warden Bowers.

For the foregoing reasons, it is hereby ordered as follows:

1. The court VACATES the Order of Dismissal and directs the clerk to REOPEN this action.

2. The clerk shall serve a copy of the petition upon (1) FMC Devens Warden Bowers and (2) the United States Attorney for the District of Massachusetts.

3. The respondent shall file an answer or other responsive pleading within twenty-one days of the date of this Order.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE