Hello yes I recived A letter sayin that I didn't respond to the responds of A motion I filed case # 1:24-cv-11243-RGS And my reason for not responding is everything I had to say was in the motion I have nothin else to persent so Im Just leavin it up to yall to do what yall feel Grant it or denied it

FILED
IN CLERKS OFFICE
2024 DEC 20 AM 11:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Arthur Miles

17026028