**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR MILES,

Petitioner,

v.

WARDEN BOWERS,

Respondent.

Case No. 24-cv-11243-RGS

**DECLARATION OF KEITH MIDDLETON**

I, Keith Middleton, declare as follows:

1. I am currently employed by the Marion County Sheriff's Office as a Classifications Supervisor. I have held this position since September 2018 and I have been employed by the Sheriff's Office September 2015. As Classification Supervisor I am responsible for Inmate Classifications, Bed Assignments, Inmate Worker eligibility and work assignments, and the overall Housing /Safety of inmates while in the custody of the Marion County Jail.

2. As part of my duties, I have access to records regularly created and/or maintained in the ordinary course of business by the Marion County Jail, including records of inmate work assignments.

3. A review of records concerning Arthur Miles, Reg. No. 17026-028 ("Miles"), shows that he did not perform Inmate Work assignments while at the Marion County Jail.

4. Further, the Marion County Jail does not offer the position of "Unit Orderly" as a work assignment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/30/2026

Keith A. Middleton
Classifications Supervisor
Indianapolis, IN.