**Exhibit B**

# FSA Time Credit Assessment

**Register Number:17026-028, Last Name:MILES**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 17026-028
Inmate Name
Last.............: MILES
First............: ARTHUR
Middle...........:
Suffix...........:
Gender.............: MALE
Start Incarceration: 10-03-2022

Responsible Facility: DEV
Assessment Date.....: 07-20-2026
Period Start/Stop...: 12-28-2023 to 07-20-2026
Accrued Pgm Days....: 872
Disallowed Pgm Days.: 63
FTC Towards RRC/HC..: 0
FTC Towards Release.: 290
Apply FTC to Release: Yes

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 12-28-2023 | 07-10-2024 | accrue | 195 |

Accrued Pgm Days...: 195
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 60

---

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 07-10-2024 | 07-15-2024 | disallow | 5 |

**Not in qualifying admit status.**

| **Facility** | **Category** | **Assignment** | **Start** | **Stop** |
|---|---|---|---|---|
| DEV | ARS | LOCAL HOSP | 07-09-2024 06:26 | 07-16-2024 17:09 |

---

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 07-15-2024 | 02-03-2025 | accrue | 203 |

Accrued Pgm Days...: 203
Carry Over Pgm Days: 15
Time Credit Factor.: 10
Time Credits.......: 70

---

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 02-03-2025 | 02-06-2025 | disallow | 3 |

**Not in qualifying admit status.**

| **Facility** | **Category** | **Assignment** | **Start** | **Stop** |
|---|---|---|---|---|
| DEV | ARS | LOCAL HOSP | 02-02-2025 08:44 | 02-07-2025 22:51 |

---

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 02-06-2025 | 03-11-2025 | accrue | 33 |

Accrued Pgm Days...: 33
Carry Over Pgm Days: 8
Time Credit Factor.: 10
Time Credits.......: 10

# FSA Time Credit Assessment

**Register Number:17026-028, Last Name:MILES**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-11-2025 | 03-12-2025 | disallow | 1 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| DEV | ARS | LOCAL HOSP | 03-10-2025 09:11 | 03-13-2025 21:06 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-12-2025 | 06-05-2025 | accrue | 85 |

Accrued Pgm Days...: 85
Carry Over Pgm Days: 11
Time Credit Factor.: 10
Time Credits.......: 30

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-05-2025 | 06-07-2025 | disallow | 2 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| DEV | ARS | FED WRIT | 06-04-2025 06:42 | 08-20-2025 12:50 |
| 7-F | ARS | A-ADMIT | 06-04-2025 06:42 | 06-04-2025 10:48 |
| THP | ARS | A-BOP HLD | 06-04-2025 10:48 | 06-07-2025 19:10 |
| 7-F | ARS | RELEASE | 06-04-2025 10:48 | 06-04-2025 10:48 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-07-2025 | 06-09-2025 | accrue | 2 |

Accrued Pgm Days...: 2
Carry Over Pgm Days: 6
Time Credit Factor.: 10
Time Credits.......: 0

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-09-2025 | 07-30-2025 | disallow | 51 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| DEV | ARS | FED WRIT | 06-04-2025 06:42 | 08-20-2025 12:50 |
| THP | ARS | LOCAL HOSP | 06-07-2025 19:10 | 06-08-2025 01:19 |
| THP | ARS | ADM CHANGE | 06-08-2025 01:22 | 06-08-2025 01:25 |
| THP | ARS | A-BOP HLD | 06-08-2025 01:25 | 06-17-2025 09:22 |
| THP | ARS | HLD REMOVE | 06-17-2025 09:22 | 06-17-2025 09:22 |
| 9-G | ARS | A-ADMIT | 06-17-2025 09:22 | 06-17-2025 12:45 |

**FSA Time Credit Assessment**

**Register Number:17026-028, Last Name:MILES**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | | | | |
|---|---|---|---|---|
| 9-G | ARS | RELEASE | 06-17-2025 12:45 | 06-17-2025 12:45 |
| THP | ARS | A-BOP HLD | 06-17-2025 12:45 | 06-29-2025 20:00 |
| THP | ARS | LOCAL HOSP | 06-29-2025 20:00 | 07-31-2025 11:29 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-30-2025 | 05-28-2026 | accrue | 302 |

Accrued Pgm Days...: 302
Carry Over Pgm Days: 8
Time Credit Factor.: 10
Time Credits.......: 100

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-28-2026 | 05-29-2026 | disallow | 1 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| DEV | ARS | LOCAL HOSP | 05-27-2026 10:25 | 05-30-2026 14:50 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-29-2026 | 07-20-2026 | accrue | 52 |

Accrued Pgm Days...: 52
Carry Over Pgm Days: 10
Time Credit Factor.: 10
Time Credits.......: 20

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-28-2023 | 01-25-2024 | R-MED | 01-19-2024 12:59 | 10 |
| 002 | 01-25-2024 | 07-23-2024 | R-MED | 01-19-2024 12:59 | 10 |
| 003 | 07-23-2024 | 01-19-2025 | R-MED | 07-17-2024 10:42 | 10 |
| 004 | 01-19-2025 | 07-18-2025 | R-MED | 12-27-2024 10:27 | 10 |
| 005 | 07-18-2025 | 01-14-2026 | R-MED | 12-27-2024 10:27 | 10 |
| 006 | 01-14-2026 | 07-13-2026 | R-LW | 08-21-2025 13:35 | 10 |
| 007 | 07-13-2026 | 01-09-2027 | R-LW | 02-06-2026 13:45 | 10 |

**FSA Time Credit Assessment**

**Register Number:17026-028, Last Name:MILES**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------**

**All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-20-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.**

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**

**---**

Projected Release Date: 11-09-2041
Projected Release Method: GCT REL
FSA Projected Release Date: 01-23-2041
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 11-09-2040
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 1250
FSA Conditional Placement Date: 06-08-2037
Conditional Transition To Community Date: 06-08-2037*
Max. Statutory HC Placement Date (if approp.): 12-08-2036*
Recommended HC Placement Date (if approp.): 06-08-2037*

***Default SCA conditional placement days. This requires a 5 Factor Review!**